# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>      Plaintiff,<br><br>    v.<br><br>HOWARD L. DETMER, et.al.,<br><br>      Defendants. | 1:12-cv-00550 AWI SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 3) |

     By application filed on April 9, 2012, Defendant has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Defendant has submitted an application that makes the showing required by § 1915 (a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

   Dated:  **April 11, 2012**                                  /s/ Sheila K. Oberto
                                                                     UNITED STATES MAGISTRATE JUDGE